UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ALBRECHT,

        Petitioner,

v.

        Case Number 13-50545
        Honorable David M. Lawson
        Magistrate Judge Mona K. Majzoub

SOCIAL SECURITY
ADMINISTRATION OFFICE OF THE
INSPECTOR GENERAL,

        Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION TO ENJOIN RESPONDENT FROM OBTAINING HER FINANCIAL RECORDS, AND DISMISSING COMPLAINT

Presently before the Court is the report issued on August 8, 2013 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the plaintiff's motion to enjoin respondent from obtaining her financial records and to dismiss the matter in its entirety. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #9] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion to enjoin respondent from obtaining her financial records is denied [dkt. #1] is **DENIED**.

It is further **ORDERED** that the complaint is **DISMISSED** without prejudice.

            s/David M. Lawson
            DAVID M. LAWSON
            United States District Judge

Dated: August 29, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2013.

        s/Shawntel Jackson
        SHAWNTEL JACKSON